No. 563. GROVEY v. TOWNSEND. January 14, 1935. Petition for writ of certiorari to the Justice Court, Precinct No. 1, Harris County, Texas, granted. *Messrs. J. Alston Atkins* and *Carter W. Wesley* for petitioner. No appearance for respondent.

No. 569. UNITED STATES EX REL. KASSIN v. MULLIGAN, U. S. MARSHAL. January 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. David P. Siegel* for petitioner. *Solicitor General Biggs* and *Messrs. Harry S. Ridgely* and *W. Marvin Smith* for respondent.

No. 580. STATE AUTOMOBILE INSURANCE ASSN. v. GLICK, ADMINISTRATRIX. January 21, 1935. Petition for writ of certiorari to the Supreme Court of Nebraska granted. *Messrs. Guy C. Chambers* and *George B. Boland* for petitioner. *Messrs. Richard F. Stout, Allen W. Field, Jr.,* and *Herbert W. Baird* for respondent.

No. 600. HALLENBECK, RECEIVER, v. LEIMERT, RECEIVER. January 21, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Messrs. Walter T. Fisher, R. M. Ashcraft, F. G. Awalt,* and *George P. Barse* for petitioner. *Mr. Daniel M. Healy* for respondent.